IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF : | |
| 1000 Shiloh Springs Road : | CASE NO. 3:15-MJ-348 |
| Dayton, OH | |
| Including all Outbuildings and Curtilage | |

ORDER SEALING APPLICATION, SEARCH WARRANT,
SUPPORTING AFFIDAVIT AND RETURN

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection.

_9-28-15_
DATE

_____
SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE